**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THE ESTATE OF SYLVESTER H. COOK, | : | No. 400 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DIANNE M. NOWICKI AND ALLAN J. NOWICKI, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.